[No. 16195-1-III.    Division Three.    February 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO
MENDOZA ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 95-1-00976-5, Robert N. Hackett, Jr., J.,
entered September 20, 1996. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Sweeney and
Brown, JJ.

[No. 16343-1-III.    Division Three.    February 5, 1998.]

GAIL A. GILLIAM, ET AL., *Respondents*, v. ALLSTATE
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 94-2-02982-6, Susan L. Hahn, J., entered
November 6, 1996. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19823-1-II.    Division Two.    February 6, 1998.]

JAMES A. BARRETT, ET AL., *Appellants*, v. THE CITY OF
CENTRALIA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 92-2-00988-7, H. John Hall, J., entered July
13, 1995. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20206-9-II.    Division Two.    February 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDSEY L.
CRUMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 93-1-00265-1, Karlynn M. Haberly, J., entered
January 5, 1996. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Morgan and Hunt, JJ. Now
published at 90 Wn. App. 297.